```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 33867
   TAMMY THERESA TRIPLETT
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5619

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/13/2004 and was confirmed 12/06/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/17/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
DRIVE SERVICING            SECURED            9227.42      6035.74       5222.71
DRIVE FINANCIAL SERVICES   NOTICE ONLY      NOT FILED          .00           .00
CITY OF CHICAGO PARKING    UNSECURED          8455.00          .00           .00
CITY OF CHICAGO PARKING    NOTICE ONLY      NOT FILED          .00           .00
LINEBARGER GOGGAN BLAIR    NOTICE ONLY      NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED              .00          .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          12971.32         .00           .00
LEDFORD & WU               DEBTOR ATTY       2,200.00                    2,200.00
TOM VAUGHN                 TRUSTEE                                         761.55
DEBTOR REFUND              REFUND                                          395.00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  14,615.00

PRIORITY                                             .00
SECURED                                         5,222.71
    INTEREST                                    6,035.74
UNSECURED                                            .00
ADMINISTRATIVE                                  2,200.00
TRUSTEE COMPENSATION                              761.55
DEBTOR REFUND                                     395.00
                         ---------------    ---------------
TOTALS                   14,615.00              14,615.00


              PAGE   1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 33867 TAMMY THERESA TRIPLETT
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 03/26/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```